# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 06-2019

_____

Theodis Brown, Sr.,     *

       *

      Appellant,     *

       *    Appeal from the United States

    v.        *    District Court for the

       *    Eastern District of Missouri.

John E. Potter, Postmaster General,     *

United States Postal Service,     *

       *

      Appellees.     *    [UNPUBLISHED]

_____

Submitted: July 5, 2007
Filed: July 6, 2007

_____

Before WOLLMAN, MURPHY, and BYE, Circuit Judges.

_____

PER CURIAM.

Theodis Brown, Sr., appeals the district court's[1] adverse grant of summary judgment in his action alleging employment discrimination. Having carefully reviewed the record, we find no basis for reversal. See Jacob-Mua v. Veneman, 289 F.3d 517, 520 (8th Cir. 2002) (de novo standard of review). We also conclude that the district court did not abuse its discretion in denying Brown's motion for reconsideration. See Arnold v. Wood, 238 F.3d 992, 998 (8th Cir. 2001) (abuse-of-

_____

[1]The Honorable Carol E. Jackson, Chief Judge, United States District Court for the Eastern District of Missouri.

discretion standard of review). Accordingly, we affirm. In addition, Brown's motion to strike is denied. <u>See</u> 8th Cir. R. 47B.

_____